IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY VIDAL            )
                         )
       Plaintiff,        )
                         )
v.                       ) Case No. 2:11-cv-905-WHA
                         )
EARTH FARE, INC.,        )
                         )
       Defendant.        )

### **ORDER**

The court having been advised that this case has been settled, subject to approval by the court, it is hereby ORDERED as follows:

1. This case is removed from the trial docket for the term of court commencing October 29, 2012.

2. The parties are DIRECTED to file their motion for approval and proposed order and judgment no later than **November 2, 2012**.

DONE this 19th day of October, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE